IN UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER BROCK-JONES,

    Plaintiff,

v.

SKY LIMIT EQUIPMENT, LLC, and
SAMUEL KOFI BARRINGTON,
individually,

    Defendants.

Case No. 6:24-cv-01298-JSS-LHP

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW PLAINTIFF CHRISTOPHER BROCK-JONES, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed.R.Civ.P., hereby voluntarily dismisses the above-captioned action against Defendants SKY LIMIT EQUIPMENT, LLC, and SAMUEL KOFI BARRINGTON, without prejudice to Plaintiff's right to re-file the claims asserted in this lawsuit.

Respectfully submitted,

*s/ R. Michael Pierro, Jr.*
R. MICHAEL PIERRO, JR.
Florida Bar No. 0013023
*Counsel for Plaintiff*
**CALCIANO PIERRO, PLLC**
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 217-5400
mike@flemploymentlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*s/ R. Michael Pierro, Jr.*
ATTORNEY
